IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

CLYDE JUNIOR MERIS,            )
                               )
            Plaintiff,         )
                               )
      v.                       )      1:25CV18
                               )
TODD ISHEE,                    )
                               )
            Defendant.         )

### ORDER

On December 2, 2025, the Recommendation of the United States Magistrate Judge was filed and notice was served on the parties in accordance with 28 U.S.C. § 636(b). Plaintiff objected to the Recommendation. (Doc. 19.)

The court has carefully reviewed the portions of the Magistrate Judge's report to which objection was made and has made a *de novo* determination in accord with the Magistrate Judge's report. The court finds that the objections do not change the substance of the Magistrate Judge's Recommendation, and the court therefore adopts the Recommendation.

IT IS THEREFORE ORDERED that Respondent's motion for summary judgment (Doc. 8) be GRANTED, that Petitioner's motion for preliminary injunction (Doc. 14) and motion for appointment of a special master (Doc. 15) both be DENIED, that the Petition (Doc. 3) be DISMISSED and in the alternative DENIED, that Judgment be entered dismissing this action, and that, there being neither a

substantial issue for appeal concerning the denial of a constitutional right affecting the conviction nor a debatable procedural ruling, a certificate of appealability not issue.

/s/   Thomas D. Schroeder
United States District Judge

January 15, 2026.

2

Case 1:25-cv-00018-TDS-JLW   Document 20   Filed 01/15/26   Page 2 of 2